**E-FILED**
Thursday, 28 June, 2007  11:40:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, COUNTY OF KANKAKEE, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU, Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CV  07-2120 |

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on __June 28_____, 2007, and is now pending.

(i)      The names of all plaintiffs and the case number are identified above.

(ii)     The court in which said action was brought is identified above.

(iii)    The name(s) of the title holder(s) of record are:      LUCY JONES as surviving joint tenant of Frank Paul Jones, deceased

(iv)    The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot 4, Pineview Subdivision, being a Subdivision of the Northeast Quarter of Section 17, Township 30 North, Range 11 West of the Second Principal Meridian, in Kankakee County, Illinois

PIN No. 19-17-200-027

(v)     A common address or description of the location of the real estate is as follows: 12571 E 2500S Rd., Momence, Illinois 60954

(vi)    An identification of the mortgage sought to be foreclosed is as follows:

Name of mortgagor(s):          LUCY JONES and
                               FRANK PAUL JONES (now deceased)

Name of mortgagee:      United States of America, United States
                              Department of Agriculture

Date(s) of mortgage(s):  March 5, 1982

Date(s) of recording:    March 10, 1982

County where recorded:  KANKAKEE COUNTY, IL

Recording document identification:      As Doc. No. 82-1439


UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney


PREPARED BY:

By:   s/David H. Hoff
      David H. Hoff, IL Bar No. 1234072
      Assistant United States Attorney
      Urbana Federal Bldg. & U.S. Courthouse
      201 S. Vine, Ste. 226
      Urbana, IL  61801
      Telephone No. 217-373-5875
      Fax No. 217-373-5891
      Email: david.hoff@usdoj.gov


This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U. S. Courthouse, 201 S. Vine, Ste. 226, Urbana, IL 61801.