☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____  District of   Illinois _____

UNITED STATES OF AMERICA

V.

LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2120

TO: (Name and address of Defendant)
Windie Robinson
5969 Theodore Avenue
St. Louis, MO 63136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, Asst. U.S. Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

8-3-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK

☐ AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of   Illinois _____

UNITED STATES OF AMERICA

V.

LUCY JONES, ESTATE OF FRANK PAUL JONES,
WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN
OWNERS, INCLUDING UNKNOWN HEIRS AND
LEGATEES OF FRANK PAUL JONES, DECEASED, AND
NON-RECORD CLAIMANTS, SECURITY PACIFIC
FINANCIAL SERVICES, INC., nka CITY FINANCIAL
MORTGAGE and CREDITORS COLLECTION BUREAU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2120

TO: (Name and address of Defendant)
Lucy Jones
12571 E. 2500 S. Road
Momence, IL 60954

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, Asst. U.S. Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

_8-3-07_
DATE

s/S. Johnson
(BY) DEPUTY CLERK

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU

CASE NUMBER: 07-2120

TO: (Name and address of Defendant)
Security Pacific Financial Services, now known as City Financial Mortgage
250 E. John Carpenter Freeway
ZHCASC-7D
Irving, TX 76051

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, Asst. U.S. Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                  8-3-07
CLERK                                             DATE

s/S. Johnson
(BY) DEPUTY CLERK

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of    Illinois _____

UNITED STATES OF AMERICA

### SUMMONS IN A CIVIL CASE

V.

LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU

CASE NUMBER: 07-2120

TO: (Name and address of Defendant)
Francesca Jones
12571 E. 2500 S. Road
Momence, IL 60954

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, Asst. U.S. Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

8-3-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK