E-FILED
Wednesday, 26 September 2007 01:04:53 PM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07-2120 |
| DEFENDANT<br>LUCY JONES, et al. | TYPE OF PROCESS<br>Summons & Complaint |

SEP 2 5 2007
U.S. CLERK'S OFFICE

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Security Pacific Financial Services, now known as City Financial Mortgage

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 250 E. John Carpenter Freeway, Irving, TX 76051

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID H HOFF AUSA
201 S. VINE STREET SUITE 226
URBANA IL 61802

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
SEP 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 217/373-5875
DATE: 8/3/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 77 | Signature of Authorized USMS Deputy or Clerk | Date 8-15-7 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Mary Anne Lachey - Admin Assistant

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 08/11/07  Time: 2:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 22 miles - 10.67 | | $55.67 | | 0 | 0 |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA

V.

LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2120

TO: (Name and address of Defendant)
Security Pacific Financial Services, now known as City Financial Mortgage
250 E. John Carpenter Freeway
ZHCASC-7D
Irving, TX 76051

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, Asst. U.S. Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

8-3-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK

☐AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 09/11/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Doug Corey | DUSM |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Mary Anne Lackey - Admin. Assistant

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 22 miles | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/11/07
Date          Signature of Server

Dallas, TX
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.