U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

E-FILED
Friday, 26 October, 2007  10:56:13 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-2120 |
| DEFENDANT | TYPE OF PROCESS |
| LUCY JONES, et al. | Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Lucy Jones

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**  12571 E. 2500 S. Road, Momence, IL 60954

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID H HOFF AUSA
201 S VINE STREET SUITE 226
URBANA IL 61802

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
OCT 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 217/373-5875   DATE: 8/3/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 5-15-7 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/10/07   Time: 4:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 135.00 | -72.00 | -0- | 207.00 | | | |

REMARKS:

Served 10/10/07

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of   Illinois _____

UNITED STATES OF AMERICA

V.

LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2120

TO: (Name and address of Defendant)
Lucy Jones
12571 E. 2500 S. Road
Momence, IL 60954

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, Asst. U.S. Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

8-3-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK