UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                    )<br>         Plaintiff,                                        )<br>                                                                    )<br>    vs.                                                         )<br>                                                                    )<br>LUCY JONES, ESTATE OF FRANK        )<br>PAUL JONES, WINDIE ROBINSON,      )<br>FRANCESCA JONES, UNKNOWN         )<br>OWNERS, INCLUDING UNKNOWN       )<br>HEIRS AND LEGATEES OF FRANK       )<br>PAUL JONES, DECEASED, AND            )<br>NON-RECORD CLAIMANTS,                  )<br>COUNTY OF KANKAKEE,                       )<br>SECURITY PACIFIC FINANCIAL           )<br>SERVICES, INC., nka CITY                     )<br>FINANCIAL MORTGAGE and                 )<br>CREDITORS COLLECTION BUREAU,  )<br>                                                                    )<br>         Defendants.                                    ) | Case No. 07-2120 |

MOTION FOR ORDER FOR SERVICE BY PUBLICATION

Plaintiff in the above-entitled cause says that this is an action to enforce the lien upon real property situated in this district and described as follows, to wit:

> Lot 4, Pineview Subdivision, being a Subdivision of the Northeast Quarter of Section 17, Township 30 North, Range 11 West of the Second Principal Meridian, in Kankakee County, Illinois,

and that the ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, defendants in this suit, cannot be found in the State of Illinois in which this suit has been commenced.

The plaintiff further says that personal service outside of that State is not practicable for the reason that it has no knowledge as to the residence of said defendants or where they can be found, although, plaintiff has made diligent efforts to learn the whereabouts of the defendants, as more fully appears from the Declaration of

David H. Hoff, Assistant United States Attorney, attached hereto and made a part hereof.

    WHEREFORE, plaintiff United States of America moves this Court to enter an order for publication in a newspaper for a time to be designated by this Court not less than three (3) successive weeks pursuant to Rule 4 of the Federal Rules of Civil Procedure and 735 ILCS §5/2-206 and 5/2-207.

                                              Respectfully submitted,

                                              RODGER A. HEATON
                                              UNITED STATES ATTORNEY

BY:    s/David H. Hoff
          DAVID H. HOFF, Bar No. IL 1234072
          Assistant United States Attorney
          201 S. Vine St., Suite 226
          Urbana, IL 61802
          Phone:  217/373-5875
          Fax: 217/373-5891
          david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones
12571 E. 2500 S. Road
Momence IL 60954

Francesca Jones
12571 E. 2500 S. Road
Momence, IL 60954

County of Kankakee
450 E. Court Street
Kankakee, IL 60901

Security Pacific Financial Services
nka City Financial Mortgage
250 E. John Carpenter Freeway ZHCASC-7D
Irving, TX 76051

Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914

                s/David H. Hoff
                DAVID H. HOFF, Bar No. IL 1234072
                Attorney for Plaintiff
                Assistant United States Attorney
                201 S. Vine Street, Suite 226
                Urbana, Illinois 61802
                Phone:  217/373-5875
                Fax: 217/373-5891
                david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-2120 |
| ) | |
| LUCY JONES, ESTATE OF FRANK ) | |
| PAUL JONES, WINDIE ROBINSON, ) | |
| FRANCESCA JONES, UNKNOWN ) | |
| OWNERS, INCLUDING UNKNOWN ) | |
| HEIRS AND LEGATEES OF FRANK ) | |
| PAUL JONES, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| COUNTY OF KANKAKEE, ) | |
| SECURITY PACIFIC FINANCIAL ) | |
| SERVICES, INC., nka CITY ) | |
| FINANCIAL MORTGAGE and ) | |
| CREDITORS COLLECTION BUREAU, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID H. HOFF

DAVID H. HOFF states, under penalty of perjury, that he is an employee in the Office of the United States Attorney in Urbana, Illinois, and further states as follows:

1. Mortgagor-defendant Frank Paul Jones is deceased.

2. Mortgagor-Defendant Lucy Jones is the surviving joint tenant of the real estate being foreclosed upon in this proceeding and currently resides in the subject property at 12571 E. 2500 S. Road, Momence, Illinois.

3. On June 28, 2007, the letter attached hereto as Exhibit A was mailed to Lucy Jones.  No response to said letter was received.

4. Lucy Jones and Francesca Jones were both served with process by the United States Marshals Service on October 10, 2007.

5. The Notice of Lawsuit and Request for Waiver of Service of Summons sent to Windie Robinson at her last known address of 12571E. 2500 S. Road, Momence, Illinois, was forwarded to her by the United States Postal Service to 5969 Theodore Avenue, St. Louis, Missouri. Windie Robinson signed for the envelope mailed to her and a copy of the certified mail/return receipt card with her signature affixed is attached hereto as Exhibit B.

6. Because defendant Windie Robinson failed to return the Waiver and on August 3, 2007, a Summons was issued and forward to the United States Marshals Service for service upon her.

7. On January 4, 2008, my secretary inquired into the service of said Summons and Complaint and was advised that the United States Marshals Service had attempted service on Windie Robinson at 5969 Theodore Avenue, St. Louis Missouri, on October 9, 2007. The Deputy United States Marshal was advised that Windie Robinson does not reside at this address. Accordingly, the current whereabouts of Windie Robinson are unknown to the plaintiff. Because the defendant's last known residence was outside of the State of Illinois, and there is no evidence that she is residing anywhere inside the State of Illinois, and further because her present whereabouts are unknown, it is necessary to serve said Windie Robinson with process by publication in accordance with law.

8. Because the undersigned declarant cannot independently determine either that there are no unknown owners of record of this real estate including but not limited to unknown heirs and legatees of Frank Paul Jones, deceased, or that there are no unknown non-record claimants, it is necessary to serve said parties with process by publication in accordance with law.

Further, deponent sayeth not.

Dated this 9th day of January 2008.

                      s/David H. Hoff
                      DAVID H. HOFF
                      Assistant United States Attorney



**U.S. Department of Justice**

E-FILED
Wednesday, 09 January, 2008  02:56:51 PM
Clerk, U.S. District Court, ILCD

*United States Attorney*
*Central District of Illinois*

---

*Rodger A. Heaton*
*United States Attorney*

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

June 28, 2007


Ms. Lucy Jones
12571 E. 2500S Road
Momence, IL 60954

Re:     United States v. Lucy Jones, et al.

Dear Ms. Jones:

Our office is preparing a mortgage foreclosure complaint on the property at 12571 E. 2500S Road, Momence, IL 60954, which is subject to a mortgage in favor of Farmers Home Administration (now known as Rural Development).

According to the records of Rural Development, Frank Paul Jones is deceased. Consequently, I would sincerely appreciate you providing me as soon as possible with the requested information by writing the answers in the space provided (or on additional sheets if necessary) and then mailing the letter back to me in the provided envelope. I have enclosed an additional copy of the letter for your records. Please state:

    1. The date and location of death including the street address, city, state, zip code and county.

_____

_____

_____.


EXHIBIT A

  2. The name and address of the surviving spouse, if any. If there was no surviving spouse, please write "none".

_____

_____

  3. The name, address and telephone number of the attorney who assisted the family concerning this death.

_____

_____.

  4. The city, county and state where any probate proceedings were filed.

_____

_____

_____.

  5. The location of any will, including the city, county and state of any courthouse where a will was filed.

_____

_____

_____.

  6. The name and present address of each descendant, including:

    (a) each child, indicating whether adult or minor;

_____

_____

_____

    (b) the name of any deceased child, providing the name and address of any spouse or child of the deceased child.

_____

_____

_____.

   7. If there are no descendants, state the name and address of each living parent, brother or sister, or child or spouse of a deceased brother or sister.

_____

_____

_____.

   8. Please state the name and address of each person who was owed money by the decedent when he died.

_____

_____

_____

_____.

   9. List all funeral bills and other expenses resulting from the death that remain unpaid.

_____

_____

_____.

   10.  State who presently owns the real estate.

_____

_____

      11.  State who lives at that address.
_____

_____.


Thank you for taking the time to give me this information, and do not hesitate to call or write me if you have any questions concerning this letter.

Very truly yours,

RODGER A. HEATON
United States Attorney



s/David H. Hoff    
DAVID H. HOFF
Assistant United States Attorney

DHH:sk

Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wendie Robinson
   12571 E 2500 S Rd
   Momence IL 60954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Wendie Robinson
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Wendie Robinson

C. Date of Delivery
   7-30-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   5969 Theodore Av
   St Louis MO 63136

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0006 2268 4376

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT B