UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-2120 |
| | ) |
| LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, COUNTY OF KANKAKEE, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF PUBLICATION

Notice is hereby given to the ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, of the amended complaint for foreclosure filed in the above-entitled case on June 28, 2007, and that they are named as a defendant in the above-entitled case, pursuant to the provisions of 735 ILCS 5/2-206, 735 ILCS 5/2-207, 735 ILCS 5/2-209, 735 ILCS 5/2-413, 735 5/15-1501, 735 5/15-1502, and Rule 4 of the Federal Rules of Civil Procedure and that the above-entitled mortgage foreclosure suit is now pending in said court.  You, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, are hereby notified that on January 9, 2008, an order was entered in said cause by the Honorable Michael P. McCuskey, Chief United States District Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein by filing same in the above-entitled cause with the undersigned Clerk of the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, on or before February 27, 2008, and in default thereof the court will proceed to a hearing and an

adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding:

    (i)  The names of all plaintiffs and the case number are identified above.

    (ii)  The court in which said action was brought is identified above.

    (iii)  The name of the title holder of record is:   LUCY JONES

    (iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

    Lot 4, Pineview Subdivision, being a Subdivision of the Northeast Quarter of Section 17, Township 30 North, Range 11 West of the Second Principal Meridian, in Kankakee County, Illinois.

    (v)  A common address or description of the location of the real estate is as follows:

    12571 E. 2500 S. Road, Momence, Illinois

    (vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Names of Mortgagors: | FRANK PAUL JONES (now deceased)<br>LUCY JONES |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Dates of mortgages: | March 5, 1982 |
| Dates of recording: | March 10, 1982 |
| County where recorded: | Kankakee County, Illinois |
| Recording document identification: | As Doc. No. 82-1439 |

    PAMELA E. ROBINSON
    CLERK OF THE DISTRICT COURT
    201 S. Vine Street
    Urbana, Illinois 61802