## PUBLISHER'S CERTIFICATE

I, the undersigned, do hereby certify that I am an agent of the Kankakee Daily Journal Company, L.L.C., duly authorized to make this certificate on its behalf and I do further certify that the Kankakee Daily Journal Company, L.L.C. is a limited liability company organized under the laws of the State of Delaware and that said limited liability company has its offices and place of business in the City of Kankakee, Kankakee County, Illinois, and that it is the owner and publisher of The Daily Journal, printed, published, and distributed in and from the City of Kankakee in the State of Illinois, that the Daily Journal is a newspaper as hereinafter defined: which consists of not less than 4 pages of printed matter and contains at least 130 square inches of printed matter per page; and which is printed through the use of one of the conventional and generally recognized printing processes such as offset; and which annually averages at least 25 percent news content per issue; and which publishes miscellaneous reading matter, legal or other notices and announcements, and news and information concerning current happenings and passing events of political, social, religious, commercial, financial or legal nature, and advertisements or bulletins; and which has been continuously published at regular intervals of at least once each week with a minimum of 50 issues per years, for at least one year prior to the first publication of the notice certified to herein.

I do further certify that as such authorized agent of the said Kankakee Daily Journal Company, L.L.C. that the matter or notice, a true copy of which is hereto attached, relating to the matter of:

United States of America vs. Lucy Jones 07-2120

was published in said paper, during Three (3) days, to-wit:

Once on  January 16, 2008

Once on  January 23, 2008

Once on  January 30, 2008

Once on

Once on

   GIVEN under my hand and the corporate seal of said Kankakee Daily Journal Company, L.L.C. this 30th day of January, A.D. 2008.

KANKAKEE DAILY JOURNAL COMPANY, L.L.C.
Publishers of The Daily Journal

By _____   (SEAL)
Agent of the
KANKAKEE DAILY JOURNAL COMPANY, L.L.C.

Printer's Fees: $667.80

Paid _____, 20 ____

By _____

---

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,
                    Plaintiff,
vs.

LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, COUNTY OF KANKAKEE, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU
                    Defendants

Case No. 07-2120

NOTICE OF PUBLICATION

Notice is hereby given to the ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, of the amended complaint for foreclosure filed in the above-entitled case on June 28, 2007, and that they are named as a defendant in the above-entitled case, pursuant to the provisions of 735 ILCS 5/2-206, 735 ILCS 5/2-207, 735 ILCS 5/2-209, 735 ILCS 5/2-413, 735 5/15-1501, 735 5/15-1502, and Rule 4 of the Federal Rules of Civil Procedure and that the above-entitled mortgage foreclosure suit is now pending in said court. You, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, are hereby notified that on January 9, 2008, an order was entered in said cause by the Honorable Michael P. McCuskey, Chief United States District Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein by filing same in the above-entitled cause with the undersigned Clerk of the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, on or before February 27, 2008, and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and the following information applies to ture

Dates of mortgages: March 5, 1982

Dates of recording: March 10, 1982

County where recorded: Kankakee County, Illinois

Recording document identification: As Doc. No. 82-1439

PAMELA E. ROBINSON
CLERK OF THE DISTRICT COURT
201 S. Vine Street
Urbana, Illinois 61802