E-FILED
Wednesday, 09 April, 2008  09:57:05 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2120 |
| LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, COUNTY OF KANKAKEE, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU, | ) |
| Defendants. | ) |

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on June 28, 2007. In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit.

2. That the defendants, LUCY JONES and FRANCESCA JONES, were both served with process by the United States Marshals Service on October 10, 2007.

3. Defendant ESTATE OF FRANK PAUL JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS were served by proper publication in *The Daily Journal*, a newspaper of general circulation in the City of Kankakee, Illinois, on

January 16, 2008, January 28, 2008, and January 30, 2008, as evidenced by the Certificate of Publication on file in this cause.

    4.  Defendant WINDIE ROBINSON was served by proper publication in *The Daily Journal*, a newspaper of general circulation in the City of Kankakee, Illinois, on January 16, 2008, January 28, 2008, and January 30, 2008.

    5.  Defendant COUNTY OF KANKAKEE returned the Waiver of Service of Summons which was filed in this cause on July 30, 2007.

    6.  Defendant SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE, was personally served by the U.S. Marshals Service on September 11, 2007.

    7.  Defendant CREDITORS COLLECTION BUREAU returned the Waiver of Service of Summons which was filed in this cause on July 13, 2007.

    8.  That said defendants have not answered or otherwise pleaded to said Complaint filed herein and consequently, are in default for their failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

    9.  The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

    10.  The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, are attached hereto and incorporated herein.

WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

                                              Respectfully submitted,

                                              RODGER A. HEATON
                                              United States Attorney

BY:    s/David H. Hoff
         DAVID H. HOFF, Bar No. 1234027
         Assistant United States Attorney
         Attorney for Plaintiff
         U.S. Attorney's Office
         201 S. Vine Street, Suite 226
         Urbana, Illinois 61802
         Ph.: 217/373-5875
         Fax: 217/373-5891
         david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of April 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones  
12571 E. 2500 S. Road  
Momence IL 60954  

Francesca Jones  
12571 E. 2500 S. Road  
Momence, IL 60954  

County of Kankakee  
450 E. Court Street  
Kankakee, IL 60901  

Security Pacific Financial Services  
nka City Financial Mortgage  
250 E. John Carpenter Freeway ZHCASC-7D  
Irving, TX 76051  

Creditors Collection Bureau  
755 Almar Parkway  
Bourbonnais, IL 60914  

                                                      s/David H. Hoff  
                                                      DAVID H. HOFF, Bar No. 1234027  
                                                      Assistant United States Attorney  
                                                      Attorney for Plaintiff  
                                                      U.S. Attorney's Office  
                                                      201 S. Vine Street, Suite 226  
                                                      Urbana, Illinois 61802  
                                                      Ph.: 217/373-5875  
                                                      Fax: 217/373-5891  
                                                      david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.  07-2120 |
| ) | |
| LUCY JONES, ESTATE OF FRANK ) | |
| PAUL JONES, WINDIE ROBINSON, ) | |
| FRANCESCA JONES, UNKNOWN ) | |
| OWNERS, INCLUDING UNKNOWN ) | |
| HEIRS AND LEGATEES OF FRANK ) | |
| PAUL JONES, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| COUNTY OF KANKAKEE, ) | |
| SECURITY PACIFIC FINANCIAL ) | |
| SERVICES, INC., nka CITY ) | |
| FINANCIAL MORTGAGE and ) | |
| CREDITORS COLLECTION BUREAU, ) | |
| ) | |
| Defendants. ) | |

## **DECLARATION**

  DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

  I declare under penalty of perjury that the foregoing is true and correct.   Dated this 9th day of April 2008.


                s/David H. Hoff
                DAVID H. HOFF, Bar No. 1234027
                Assistant United States Attorney
                201 S. Vine Street, Suite 226
                Urbana, Illinois 61802
                Ph.:  217/373-5875
                Fax: 217/373-5891
                david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-2120 |
| ) | |
| LUCY JONES, ESTATE OF FRANK ) | |
| PAUL JONES, WINDIE ROBINSON, ) | |
| FRANCESCA JONES, UNKNOWN ) | |
| OWNERS, INCLUDING UNKNOWN ) | |
| HEIRS AND LEGATEES OF FRANK ) | |
| PAUL JONES, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| COUNTY OF KANKAKEE, ) | |
| SECURITY PACIFIC FINANCIAL ) | |
| SERVICES, INC., nka CITY ) | |
| FINANCIAL MORTGAGE and ) | |
| CREDITORS COLLECTION BUREAU, ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendants, LUCY JONES and FRANCESCA JONES, are not infants or incompetent persons and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letters were mailed to defendants LUCY JONES and FRANCESCA JONES at their last known address. To date, no responses have been received from said defendants. To further determine the military status of the defendant-mortgagor LUCY JONES, the office of the undersigned attorney searched the following Defense

Manpower Data Center website, https://www.dmdc. osd.mil/udpdri/owa/sscra.page by entering the mortgagor LUCY JONES'S social security number.  The national database confirmed that the mortgagor is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct.  Dated this 9th day of April 2008.

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>LUCY JONES, ESTATE OF FRANK )<br>PAUL JONES, WINDIE ROBINSON, )<br>FRANCESCA JONES, UNKNOWN )<br>OWNERS, INCLUDING UNKNOWN )<br>HEIRS AND LEGATEES OF FRANK )<br>PAUL JONES, DECEASED, AND )<br>NON-RECORD CLAIMANTS, )<br>COUNTY OF KANKAKEE, )<br>SECURITY PACIFIC FINANCIAL )<br>SERVICES, INC., nka CITY )<br>FINANCIAL MORTGAGE and )<br>CREDITORS COLLECTION BUREAU, )<br>)<br>)<br>)<br>) CASE NO. CV 07-2120<br>)<br>Defendants. ) | |

AFFIDAVIT FOR JUDGMENT

The undersigned, having been duly sworn on oath, doth state:

1.      The undersigned states that he is the State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2.      The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3.      Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $74,046.13 as of February 14, 2008.

4.  As of February 14, 2008, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint; in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid Balance of Principal | $ 3,500.18 |
| Unpaid Balance of Interest | $ 3,758.47 |
| Subsidy Assistance Due | $63,261.32 |
| Interest on Fees | $12,060.13 |
| Fees Assessed | $23,192.38 |
| Court Costs Paid to Date | $ 1,512.47 |
| Total | $107,284.95 |
| Daily Accrual | $    9.6736 |

5.  To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
DOUGLAS WILSON
State Director

## ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 14TH of February 2008.

OFFICIAL SEAL
My Commission Expires:        04/04/2011        Donna M. Wiltshire, Notary
Notary Public - State of Illinois
My Commission Expires Apr 04, 2011