UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-2120 |
| ) | |
| LUCY JONES, ESTATE OF FRANK ) | |
| PAUL JONES, WINDIE ROBINSON, ) | |
| FRANCESCA JONES, UNKNOWN ) | |
| OWNERS, INCLUDING UNKNOWN ) | |
| HEIRS AND LEGATEES OF FRANK ) | |
| PAUL JONES, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| COUNTY OF KANKAKEE, ) | |
| SECURITY PACIFIC FINANCIAL ) | |
| SERVICES, INC., nka CITY ) | |
| FINANCIAL MORTGAGE and ) | |
| CREDITORS COLLECTION BUREAU, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 23rd day of April 2008, at 1:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 9th day April 2008.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875; Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of April 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones  
12571 E. 2500 S. Road  
Momence IL 60954

Francesca Jones  
12571 E. 2500 S. Road  
Momence, IL 60954

County of Kankakee  
450 E. Court Street  
Kankakee, IL 60901

Security Pacific Financial Services  
nka City Financial Mortgage  
250 E. John Carpenter Freeway ZHCASC-7D  
Irving, TX 76051

Creditors Collection Bureau  
755 Almar Parkway  
Bourbonnais, IL 60914

    s/David H. Hoff  
DAVID H. HOFF, Bar No. IL 1234072  
Attorney for Plaintiff  
Assistant United States Attorney  
201 S. Vine Street, Suite 226  
Urbana, Illinois 61802  
Phone: 217/373-5875  
Fax: 217/373-5891  
david.hoff@usdoj.gov