UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2120 |
| LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, COUNTY OF KANKAKEE, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU, | ) |
| Defendants. | ) |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 29th day of May 2008, at 9:30 A.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire. An evidentiary hearing will be conducted at this time.

DATED this 24th day April 2008.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875; Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of April 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones  
12571 E. 2500 S. Road  
Momence IL 60954

Francesca Jones  
12571 E. 2500 S. Road  
Momence, IL 60954

County of Kankakee  
450 E. Court Street  
Kankakee, IL 60901

Security Pacific Financial Services  
nka City Financial Mortgage  
250 E. John Carpenter Freeway ZHCASC-7D  
Irving, TX 76051

Creditors Collection Bureau  
755 Almar Parkway  
Bourbonnais, IL 60914

        s/David H. Hoff  
        DAVID H. HOFF, Bar No. IL 1234072  
        Attorney for Plaintiff  
        Assistant United States Attorney  
        201 S. Vine Street, Suite 226  
        Urbana, Illinois 61802  
        Phone: 217/373-5875  
        Fax: 217/373-5891  
        david.hoff@usdoj.gov