**E-FILED**
Friday, 13 June, 2008  03:06:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-2120 |
| | ) | |
| LUCY JONES, ESTATE OF FRANK | ) | |
| PAUL JONES, WINDIE ROBINSON, | ) | |
| FRANCESCA JONES, UNKNOWN | ) | |
| OWNERS, INCLUDING UNKNOWN | ) | |
| HEIRS AND LEGATEES OF FRANK | ) | |
| PAUL JONES, DECEASED, AND | ) | |
| NON-RECORD CLAIMANTS, | ) | |
| COUNTY OF KANKAKEE, | ) | |
| SECURITY PACIFIC FINANCIAL | ) | |
| SERVICES, INC., nka CITY | ) | |
| FINANCIAL MORTGAGE and | ) | |
| CREDITORS COLLECTION BUREAU, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO COURT OF STATUS OF PENDING FORECLOSURE

The United States of America submits the following information pertaining to the history and status of this foreclosure case.

1.     On May 10, 2001, the United States filed its first foreclosure case with this Court in Case No. 01-2114.  As stated in the Complaint, as of February 13, 2001, Lucy Jones owed $88,021.12 including subsidy recapture of $63,261.32, leaving an unpaid balance of principal, interest and advances of $24,759.80 after subtracting the $63,261.32 subsidy recapture amount. The docket entries for that case are attached hereto as Exhibit 1.

2.      On August 3, 2001, the United States filed an amended foreclosure complaint in Case No. 01-2114 to add a defendant creditor to the litigation.

3.      On November 21, 2002, the United States obtained a default judgment of foreclosure against defendant Lucy Jones.

4.      On December 6, 2002, defendant Lucy Jones filed a Chapter 13 bankruptcy in Case No. 02-93769 with the United States Bankruptcy Court for the Central District of Illinois, Danville Division.  The docket sheets for this bankruptcy are attached hereto as Exhibit 2.

5.      These terms of an approved bankruptcy plan did not discharge the underlying promissory note liability.  The terms of a mortgage of a debtor's principle residence cannot be modified.  11 U.S.C. § 1322(b)(2).

6.      On January 22, 2004, the bankruptcy court lifted the automatic stay thereby allowing the United States to resume its foreclosure of Lucy Jones' residence.

7.      A bankruptcy discharge was issued in the bankruptcy case on June 17, 2004.

8.      On June 16, 2004, Rural Development again accelerated this mortgage loan debt because the United States received $4,364.88 during this bankruptcy.

9.      On December 7, 2004, this Court in Case No. 01-2114 granted the United States' motion to set judicial sale and credit payments received in bankruptcy towards satisfaction of the debt.

10.     The judicial sale of the mortgaged real estate was set for February 17, 2005.

11.     On February 14, 2005, defendant Lucy Jones filed another Chapter 13 bankruptcy in Case No. 05-90458 as shown by the docket sheets attached hereto as Exhibit 3.

12.     On September 15, 2006, the bankruptcy court entered an order granting the United States' motion to lift stay so the United States could resume foreclosure of the Lucy Jones' residence.

13.     On September 20, 2006, the United States re-accelerated the mortgage indebtedness as to defendant Lucy Jones.

14.     On June 28, 2007 the United States file a new foreclosure complaint in this current foreclosure case.

15.     On April 9, 2008, the United States filed its motion for default judgment in this case.

16.     As stated in the affidavit supporting said motion, defendant Lucy Jones owes the United States on this mortgage indebtedness as of June 12, 2008:

$  3,500.18 in unpaid principal indebtedness

$  3,908.41 in unpaid interest through June 12, 2008

$23,192.38 in unpaid fees, mainly for real estate taxes and insurance

$13,060.08 unpaid interest on fees

3

$63,261.32 in subsidy recapture

plus costs and expenses of foreclosure

17.     On April 23, 2008, the date set for the default judgment, this Court asked the plaintiff to explain why the amount of the recapture indebtedness must be made part of this judgment.

18.     That hearing was set for May 29, 2008, and reset for June 19, 2008, at 10:30 a.m.

19.     The subsidy recapture amount is calculated in compliance with the Subsidy Repayment Agreement executed by defendant Lucy Jones when she initially received the mortgage loan as shown by the document attached hereto as Exhibit 4.

20.     At this time, if the motion for judgment of foreclosure was continued and if the debtor defendant sold the property for market value, which is believed to be less than $20,000, the sales price would be applied to unpaid principal, interest, unpaid fees and then any remaining sales proceeds would be applied to subsidy recapture.

DATED this 13th day June 2008.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:     s/David H. Hoff_____
        DAVID H. HOFF, Bar No. IL 1234072
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone:  217/373-5875; Fax: 217/373-5891
        david.hoff@usdoj.gov

4

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones
12571 E. 2500 S. Road
Momence IL 60954

Francesca Jones
12571 E. 2500 S. Road
Momence, IL 60954

County of Kankakee
450 E. Court Street
Kankakee, IL 60901

Security Pacific Financial Services
nka City Financial Mortgage
250 E. John Carpenter Freeway ZHCASC-7D
Irving, TX 76051

Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914

s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Attorney for Plaintiff
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

E-FILED
Friday, 13 June, 2008  03:10:13 PM
Clerk, U.S. District Court, ILCD

24, CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:01-cv-02114-MPM

| | |
|---|---|
| USA v. Jones, et al | Date Filed: 05/10/2001 |
| Assigned to: Judge Michael P. McCuskey | Date Terminated: 11/21/2002 |
| Demand: $88,000 | Jury Demand: None |
| Cause: 28:1345 Foreclosure | Nature of Suit: 220 Real Property: Foreclosure |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**USA**                                    represented by   **David H Hoff**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: david.hoff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lucy Jones**

**Defendant**

**Frank Paul Jones**
*Estate of*

**Defendant**

**Kankakee, County of**

**Defendant**

**Security Pacific Financial Services, Inc.**

**Defendant**

**Creditor's Collection Bureau, Inc.**
*sued as Creditor's Collection Bureau*

**Defendant**

# Exhibit 1

**Francesca Jones**

**Defendant**

**Windie Robinson**

**Defendant**

**Unknown Owners**
*including unknown heirs and legatees*
*of Frank Paul Jones, deceased*

**Defendant**

**Non Record Claimants**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2001 | 1 | COMPLAINT (no summons(es) issued) case referred to Mag. Judge David G. Bernthal (JW, ilcd) (Entered: 05/10/2001) |
| 05/10/2001 | 2 | NOTICE of FORECLOSURE filed by plaintiff USA (JW, ilcd) (Entered: 05/10/2001) |
| 05/25/2001 | 3 | WAIVER OF SERVICE returned as to defendant Lucy Jones. Date waiver sent: 5/10/01; Answer due on 7/10/01 for Lucy Jones (JW, ilcd) (Entered: 05/29/2001) |
| 07/20/2001 | 4 | WAIVER OF SERVICE returned as to defendant County of Kankakee signed by Assistant State's Attorney of Kankakee County. Date waiver sent: 7/13/01; Answer due on 9/11/01. (KM, ilcd) (Entered: 07/20/2001) |
| 07/31/2001 | 5 | MOTION by plaintiff USA for leave to file amended complaint and add parties defendant (MT, ilcd) (Entered: 07/31/2001) |
| 08/03/2001 | | ENDORSED ORDER on its face by Mag. Judge David G. Bernthal granting motion for leave to file amended complaint and add parties defendant [5-1] (cc: all counsel). (SLJ, ilcd) (Entered: 08/03/2001) |
| 08/03/2001 | 6 | AMENDED COMPLAINT by plaintiff USA [1-1]; adding Security Pacific Financial, Creditor's Collection Bureau (SLJ, ilcd) (Entered: 08/03/2001) |
| 08/03/2001 | 7 | AMENDED NOTICE of FORECLOSURE filed by plaintiff USA (SLJ, ilcd) (Entered: 08/03/2001) |
| 08/03/2001 | 8 | CERTIFICATE OF SERVICE OF NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS by plaintiff USA (MT, ilcd) (Entered: 08/03/2001) |
| 12/13/2001 | 9 | CERTIFICATE of service of notice of lawsuit and request for waiver of service of summons by plaintiff USA (SLJ, ilcd) (Entered: 12/13/2001) |
| 12/13/2001 | 10 | SUMMONS issued as to Creditors Collection Bureau and mailed to USM for service (SLJ, ilcd) (Entered: 12/13/2001) |
| 01/10/2002 | 11 | CERTIFICATE of service of notice of lawsuit & request for waiver of service |

| | | of summons by plaintiff (KW, ilcd) (Entered: 01/10/2002) |
|---|---|---|
| 01/30/2002 | 12 | RETURN OF SERVICE executed upon defendant Creditor's Collection 1/17/02 (KW, ilcd) (Entered: 02/01/2002) |
| 04/24/2002 | 13 | SUMMONS issued as to dft Security Pacific Funding and returned to plaintiff's attorney (KM, ilcd) (Entered: 04/24/2002) |
| 05/17/2002 | 14 | SUMMONS issued as to defendant City Financial Mortgage and mailed to Marshal for service (KW, ilcd) Modified on 07/12/2002 (Entered: 05/17/2002) |
| 06/10/2002 | 15 | RETURN OF SERVICE executed on City Financial Mortgage 5/30/02 (MT, ilcd) (Entered: 06/11/2002) |
| 06/11/2002 | 16 | MOTION by plaintiff USA for order for service by publication (MT, ilcd) (Entered: 06/11/2002) |
| 06/12/2002 | 17 | ORDER by Mag. Judge David G. Bernthal granting motion for order for service by publication [16-1]. It is ordered that Notice of this Order be published in The Daily Journal, a newspaper published in the City of Kankakee, IL., not less than once each week for three consecutive weeks prior to the return date hereinbefore designated. (cc: all counsel) (KW, ilcd) (Entered: 06/12/2002) |
| 06/20/2002 | 18 | NOTICE of publication by plaintiff (KW, ilcd) (Entered: 06/20/2002) |
| 06/27/2002 | 19 | RETURN OF SERVICE unexecuted - attempted as to defendant Security Pacific Funding on 5/28/02 (KM, ilcd) (Entered: 06/28/2002) |
| 07/08/2002 | 20 | CERTIFICATE of mailing by plaintiff as to notice of publication mailed by clerk to Lucy Jones (KW, ilcd) Modified on 07/08/2002 (Entered: 07/08/2002) |
| 07/16/2002 | 21 | MOTION by plaintiff USA for order to add party defendant (MT, ilcd) (Entered: 07/16/2002) |
| 07/17/2002 | | ENDORSED ORDER on its face by Mag. Judge David G. Bernthal granting motion for order to add party defendant [21-1]; adding party Francesca Jones (cc: all counsel). (MT, ilcd) (Entered: 07/17/2002) |
| 07/22/2002 | 22 | SERVICE by publication upon defendant Lucy Jones, defendant Frank Paul Jones, defendant Kankakee, County of, defendant Security Pacific Fin, defendant Creditor's Collectn, defendant Francesca Jones on 6/26/02 (MT, ilcd) (Entered: 07/22/2002) |
| 07/31/2002 | 23 | MOTION by plaintiff USA to add party defendant (MT, ilcd) (Entered: 07/31/2002) |
| 08/01/2002 | | ENDORSED ORDER on its face by Mag. Judge David G. Bernthal granting motion to add party defendant [23-1] adding party Windie Robinson (cc: all counsel). (SD, ilcd) (Entered: 08/01/2002) |
| 08/08/2002 | 24 | CERTIFICATE OF SERVICE OF NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS by plaintiff USA (SD, ilcd) (Entered: 08/08/2002) |
| 08/13/2002 | 25 | WAIVER OF SERVICE returned as to defendant Francesca Jones. Date waiver |

| | | |
|---|---|---|
| | | sent: 8/7/02; Answer due on 10/7/02 for Francesca Jones (SD, ilcd) (Entered: 08/13/2002) |
| 08/13/2002 | 26 | WAIVER OF SERVICE returned as to defendant Windie Robinson . Date waiver sent: 8/7/02 ; Answer due on 10/7/02 for Windie Robinson (SD, ilcd) (Entered: 08/13/2002) |
| 08/19/2002 | 27 | SERVICE by publication upon defendants Frank Paul Jones, Unknown Owners and Non Record Claimants on 6/26/02, 7/3/02 and 7/10/02 (SD, ilcd) (Entered: 08/21/2002) |
| 11/05/2002 | 28 | MOTION by plaintiff USA for default judgment of foreclosure against Lucy Jones, Kankakee, County of, Security Pacific Fin, Collectn, Francesca Jones, Windie Robinson (SD, ilcd) Modified on 11/05/2002 (Entered: 11/05/2002) |
| 11/05/2002 | 29 | Notice of hearing setting motion for default judgment of foreclosure against Lucy Jones, Kankakee, County of, Security Pacific Fin, Collectn, Francesca Jones, Windie Robinson [28-1] at 1:00 on 11/21/02 before the Honorable Michael P. McCuskey. (SD, ilcd) Modified on 11/05/2002 (Entered: 11/05/2002) |
| 11/21/2002 | | MINUTE-ENTRY: by Judge Michael P. McCuskey. Motion hearing held. Appearance of pla by David Hoff. No appearance of dfts. No bankruptcy information has been filed. Court granted motion for default judgment of foreclosure against Lucy Jones, Kankakee, County of, Security Pacific Financial Services, Collection, Francesca Jones, Windie Robinson [28-1] USM to file report of sale. Case terminated. (cc: all counsel) (SLJ, ilcd) (Entered: 11/21/2002) |
| 11/21/2002 | 30 | DEFAULT JUDGMENT OF FORECLOSURE entered by Judge Michael P. McCuskey granting motion for default judgment of foreclosure against Lucy Jones, Kankakee, County of, Security Pacific Fin, Collectn, Francesca Jones, Windie Robinson [28-1] See written Default Judgment of Foreclosure. (cc: all counsel) (SLJ, ilcd) (Entered: 11/21/2002) |
| 11/21/2002 | 31 | DEFAULT JUDGMENT of Foreclosure in a civil case entered in favor of pla and against dfts. (cc: all counsel) (SLJ, ilcd) (Entered: 11/21/2002) |
| 11/25/2002 | 32 | NOTICE by plaintiff USA of entry of default order (SP, ilcd) (Entered: 11/25/2002) |
| 12/10/2002 | 33 | NOTICE by plaintiff USA of Lucy Jones filing bankruptcy (SD, ilcd) Modified on 12/11/2002 (Entered: 12/11/2002) |
| 12/06/2004 | 34 | MOTION to Set Judicial Sale and Credit Payments Received in Bankruptcy Towards Satisfaction of Mortgage Debt by Plaintiff USA. Responses due by 12/20/2004 (Hoff, David) (Entered: 12/06/2004) |
| 12/07/2004 | | TEXT ORDER granting 34 Motion to set judicial sale and credit payments received in bankruptcy towards satisfaction of mortgage debt. Entered by Judge Michael P. McCuskey on 12/7/04. (BB, ilcd) (Entered: 12/07/2004) |
| 01/10/2005 | 35 | NOTICE of Marshal's Sale by USA (Hoff, David) (Entered: 01/10/2005) |
| | | |

| 01/10/2005 | 36 | CERTIFICATE OF SERVICE by USA re 35 Notice (Other) *of U.S. Marshal's Sale* (Hoff, David) (Entered: 01/10/2005) |
| 02/15/2005 | 37 | SUGGESTION OF BANKRUPTCY Upon the Record as to Lucy Jones by USA. (Hoff, David) (Entered: 02/15/2005) |
| 03/01/2005 | 38 | PROCESS Receipt for U S Marshal Sale dated 2/17/05 is cancelled at Kankakee County Courthouse, Kankakee, IL per U S Attorney's Office on 2/15/05. (VB, ilcd) Modified on 3/4/2005 to correct filing date (VB, ilcd). (Entered: 03/03/2005) |
| 07/18/2007 | 39 | MOTION to Dismiss by Plaintiff USA. Responses due by 8/6/2007 (Hoff, David) (Entered: 07/18/2007) |
| 07/25/2007 |  | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 7/25/2007 GRANTING 39 Motion to Dismiss. This case is terminated. (MB, ilcd) (Entered: 07/25/2007) |
| 07/30/2007 | 40 | NOTICE *of Release* re 7 Notice of Foreclosure (Hoff, David) (Entered: 07/30/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/12/2008 14:35:13 | | |
| **PACER Login:** | du0600 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 2:01-cv-02114-MPM |
| **Billable Pages:** | 3 | **Cost:** 0.24 |

E-FILED
Friday, 13 June, 2008 03:10:24 PM
Clerk, U.S. District Court, ILCD
CLSD, CLSD

**U.S. Bankruptcy Court**
**Central District of Illinois (Danville)**
**Bankruptcy Petition #: 02-93769**

*Assigned to:* Judge Gerald D. Fines
Chapter 13
Voluntary
Asset

*Date Filed:* 12/06/2002
*Date Terminated:* 06/17/2004
*Date Discharged:* 06/17/2004

**Debtor**
**Lucy M Jones**
12571 E 2500 RD
Momence, IL 60954
SSN

represented by **Marshall R Dusenbury**
111 S Schuyler Ave
Kankakee, IL 60901
(815) 935-5155
Fax : 815-935-5697
Email:
dusenbury_assoc@yahoo.com

**Trustee**
**James R Geekie**
PO Box 65
Paris, IL 61944
217-465-7681

represented by **James R Geekie**
POB 65
Paris, IL 61944
217-465-7681
Email: trustee@geekie13.com

| Filing Date | # | Docket Text |
|---|---|---|
| 12/06/2002 | 1 | Voluntary Petition. ;Proof of Claim (gov) Deadline: 6/4/03 Filing Fee Received: $ 185.00 Receipt # 90038958 (court,sbre) (Entered: 12/06/2002) |
| 12/06/2002 | 2 | Chapter 13 Plan. (court,sbre) (Entered: 12/06/2002) |
| 12/06/2002 | 3 | First Meeting of Creditors Scheduled For 10:30 1/9/03 At 2nd Flr City Hall - Kankakee Confirmation Hearing Set For 9:00 2/13/03 At 2nd Flr City Hall - Kankakee ;Last Day to File Proofs Of Claim: 4/9/03 (court,sbre) (Entered: 12/06/2002) |
| 12/08/2002 | | Courts BNC Certificate of Service Re: [3-1] First Meeting . # of Notices: 6. (admin) (Entered: 12/09/2002) |
| 12/08/2002 | | Courts BNC Certificate of Service Re: [3-1] First Meeting . # of Notices: 6. (admin) (Entered: 12/09/2002) |
| 12/08/2002 | | Courts BNC Certificate of Service Re: [2-1] Chapter 13 Plan . # of Notices: 6. (court,sbre) (Entered: 12/10/2002) |

**Exhibit 2**

2:07-cv-02120-MPM-DGB   # 22-3   Page 2 of 4

| 01/14/2003 | 4 | First Meeting Held as scheduled. (court,sbre) (Entered: 01/14/2003) |
|---|---|---|
| 02/14/2003 | | Hearing Held Re: [2-1] Chapter 13 Plan . Order to be submitted (court,sbre) (Entered: 02/14/2003) |
| 02/14/2003 | 5 | Court Notice Order Re: Order Confirming Due: 2/28/03 . (court,sbre) (Entered: 02/14/2003) |
| 02/16/2003 | | Courts BNC Certificate of Service Re: [5-1] Notice Order Court . # of Notices: 1. (admin) (Entered: 02/17/2003) |
| 02/18/2003 | 6 | Order Confirming Chapter 13 Plan. payment to Marshall R. Dusenbury of $1500.00 in fees (court,sbre) (Entered: 02/18/2003) |
| 06/09/2003 | 7 | Motion by Creditor Providian Financial for Assignment of Claims to Resurgent Acquisition.; (court,sbre) (Entered: 06/10/2003) |
| 09/15/2003 | 8 | Motion By Creditor United States of America For Relief From Stay , To Dismiss Case ; Certificate of Service. (court,sbre) (Entered: 09/15/2003) |
| 09/15/2003 | 9 | Notice RE: [8-2] Motion To Dismiss Case by United States of America , Setting Objections Due Date: 9/30/03, [8-1] Motion For Relief From Stay by United States of America , Setting Objections Due Date: 9/30/03 . (court,sbre) (Entered: 09/15/2003) |
| 09/17/2003 | | Courts BNC Certificate of Service Re: [9-1] Scheduling Objection Notice . # of Notices: 12. (admin) (Entered: 09/17/2003) |
| 09/17/2003 | | Courts BNC Certificate of Service Re: [9-1] Scheduling Objection Notice . # of Notices: 12. (admin) (Entered: 09/17/2003) |
| 09/30/2003 | 10 | Objection By Debtor Lucy M Jones To [8-1] Motion For Relief From Stay by United States of America . Certificate of Service. (court,sbre) (Entered: 09/30/2003) |
| 09/30/2003 | 11 | Hearing Re: [8-2] Motion To Dismiss Case by United States of America schd For 9:00 11/13/03 at 2nd Flr City Hall - Kankakee, [8-1] Motion For Relief From Stay by United States of America schd For 9:00 11/13/03 at 2nd Flr City Hall - Kankakee (court,sbre) (Entered: 09/30/2003) |
| 10/02/2003 | | Courts BNC Certificate of Service Re: [11-1] Hearing . # of Notices: 4. (admin) (Entered: 10/02/2003) |
| 10/29/2003 | 12 | Pre-Trial Statement of: Debtor Lucy M Jones ; Certificate of Service. |

| | | (court,sbre) (Entered: 10/29/2003) |
|---|---|---|
| 11/03/2003 | 13 | Pre-Trial Statement of: Creditor United States of America ; Certificate of Service. (court,sbre) (Entered: 11/03/2003) |
| 11/13/2003 | 14 | Hearing Re: [8-2] Motion To Dismiss Case by United States of America Cntd For 9:00 1/8/04 at 2nd Flr City Hall - Kankakee, [8-1] Motion For Relief From Stay by United States of America Cntd For 9:00 1/8/04 at 2nd Flr City Hall - Kankakee (court,sbre) (Entered: 11/13/2003) |
| 11/15/2003 | | Courts BNC Certificate of Service Re: [14-1] Hearing . # of Notices: 4. (admin) (Entered: 11/17/2003) |
| 12/15/2003 | 15 | Trustee's request for final fees. (court,sbre) (Entered: 12/17/2003) |
| 12/17/2003 | 16 | Court Notice Fees Re: No Fees Due . (court,sbre) (Entered: 12/17/2003) |
| 12/19/2003 | | Courts BNC Certificate of Service Re: [16-1] Notice Fee Court . # of Notices: 1. (admin) (Entered: 12/19/2003) |
| 01/08/2004 | | Hearing Held Re: [8-1] Motion For Relief From Stay by United States of America, [8-2] Motion To Dismiss Case by United States of America . Order to be submitted within 14 days (court,agru) (Entered: 01/09/2004) |
| 01/09/2004 | 17 | Court Notice Order Re: Motion for Relief From Stay or Dismiss Case Due: 1/23/04 . (court,agru) (Entered: 01/09/2004) |
| 01/09/2004 | 18 | Order Denying [8-2] Motion To Dismiss Case by United States of America . (court,agru) (Entered: 01/13/2004) |
| 01/11/2004 | | Courts BNC Certificate of Service Re: [17-1] Notice Order Court . # of Notices: 4. (admin) (Entered: 01/12/2004) |
| 01/22/2004 | 19 | Order Granting [8-1] Motion For Relief From Stay by United States of America . (court,sbre) (Entered: 01/22/2004) |
| 06/16/2004 | 20 | Chapter 13 Trustee's Final Report and Account Filed by Trustee James R Geekie. (Geekie, James) (Entered: 06/16/2004) |
| 06/17/2004 | 21 | Order Discharging Debtor Signed on 6/17/2004. (court, sbre) (Entered: 06/17/2004) |
| 06/17/2004 | 22 | FINAL DECREE. The estate of this Chapter 13 debtor(s) has been |

2:07-cv-02120-MPM-DGB    # 22-3    Page 4 of 4

| | | fully administered. The deposit required by the plan has been distributed. IT IS ORDERED the Trustee is discharged as Trustee of the estate, the bond is cancelled, and this Chapter 13 Bankruptcy case is closed . (court, sbre) (Entered: 06/17/2004) |
|---|---|---|
| 06/17/2004 | | Bankruptcy Case Closed (court, sbre) (Entered: 06/17/2004) |
| 06/19/2004 | 23 | BNC Certificate of Mailing - Order of Discharge (RE: related document(s)21 Order Discharging Debtor) No. of Notices: 11. Service Date 06/19/2004. (Admin.) (Entered: 06/20/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/12/2008 14:41:15 | | | |
| **PACER Login:** | du0601 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 02-93769 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

**E-FILED**
Friday, 13 June, 2008 03:10:48 PM
Clerk, U.S. District Court, ILCD

**U.S. Bankruptcy Court**
**Central District of Illinois (Danville)**
**Bankruptcy Petition #: 05-90458**

*Assigned to:* Judge Gerald D. Fines
Chapter 13
Voluntary
Asset

*Date Filed:* 02/14/2005

**Debtor**
**Lucy Jones**
12571 East 2500 South Road
Momence, IL 60954


represented by **Karren S Farmer**
2 Dearborn Square
Kankakee, IL 60901
(815) 933-5500
Email:
ksimonef@hotmail.com

**Trustee**
**James R Geekie**
PO Box 65
Paris, IL 61944
217-465-7681

represented by **James R Geekie**
P. O. Box 65
Paris, IL 61944
217-465-7681
Email: trustee@geekie13.com

**U.S. Trustee**
**U.S. Trustee**
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602
309-671-7854

| Filing Date | # | Docket Text |
|---|---|---|
| 02/14/2005 | 1 | Chapter 13 Voluntary Petition Fee Amount $194 Filed by Lucy Jones Government Proof of Claim due by 08/13/2005. (Farmer, Karren) (Entered: 02/14/2005) |
| 02/14/2005 | 2 | Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren) (Entered: 02/14/2005) |
| 02/14/2005 | | Receipt of Voluntary Petition (Chapter 13)(05-90458) [misc,volp13cc] ( 194.00) Filing Fee. Receipt number 722540. Fee amount 194.00 (U.S. Treasury) (Entered: 02/14/2005) |
| 02/14/2005 | 3 | Debtor's Statement of Social Security Number(s) Filed by Debtor Lucy Jones. (Farmer, Karren) (Entered: 02/14/2005) |
| 02/15/2005 | 4 | Application for Compensation for Karren S Farmer, Debtor's Attorney, Fee: $1400.00, Expenses: $0.00. Filed by Attorney Karren |

**Exhibit 3**

| | | S Farmer (Farmer, Karren) (Entered: 02/15/2005) |
|---|---|---|
| 02/15/2005 | 5 | First Meeting of Creditors with 341(a) meeting to be held on 04/14/2005 at 10:30 AM at 2nd Flr City Hall-Kankakee, IL Proof of Claim due by 07/13/2005 (admin, ) (Entered: 02/15/2005) |
| 02/15/2005 | 6 | Ch 13 341 Notice Generated to BNC (court, nbed) (Entered: 02/15/2005) |
| 02/15/2005 | 7 | Generate PDF Notice to BNC (court, nbed) (Entered: 02/15/2005) |
| 02/15/2005 | 8 | Order Regarding Objections to Confirmation and Compromise of Claims . Last day to Object to Confirmation of plan 4/29/2005. (court, nbed) (Entered: 02/15/2005) |
| 02/15/2005 | 9 | (Text-only order, no associated pdf) Order Approving Fee Application as Filed for Karren S Farmer, Debtor's Attorney, Fees awarded: $1400.00, Expenses awarded: $.00; Awarded on 2/15/2005 (RE: related document(s)4 Application for Compensation filed by Debtor Lucy Jones). (court, sbre) (Entered: 02/15/2005) |
| 02/17/2005 | 10 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)6 Ch 13 341 Notice Generated to BNC) No. of Notices: 6. Service Date 02/17/2005. (Admin.) (Entered: 02/18/2005) |
| 02/17/2005 | 11 | BNC Certificate of Mailing (RE: related document(s)8 Objections to Confirmation and Compromise of Claims) No. of Notices: 7. Service Date 02/17/2005. (Admin.) (Entered: 02/18/2005) |
| 02/17/2005 | 12 | BNC Certificate of Mailing - PDF Document (RE: related document (s)7 Generate PDF Notice to BNC) No. of Notices: 7. Service Date 02/17/2005. (Admin.) (Entered: 02/18/2005) |
| 03/10/2005 | 13 | Objection to Confirmation of Plan Filed by Creditor United States of America (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren)). (Hoff, David) (Entered: 03/10/2005) |
| 04/15/2005 | 14 | Meeting of Creditors Continued on 5/12/2005 at 10:30 AM at 2nd Flr City Hall-Kankakee, IL (Geekie, James) (Entered: 04/15/2005) |
| 05/02/2005 | 15 | Hearing Set (RE: related document(s)2 Chapter 13 Plan filed by Debtor Lucy Jones) Hearing to be held on 6/16/2005 at 09:00 AM 2nd Flr City Hall-Kankakee, IL for 2, (court, sbre) (Entered: 05/02/2005) |
| 05/04/2005 | 16 | BNC Certificate of Mailing - Hearing (RE: related document(s)15 Hearing (Bk Other) Set) No. of Notices: 7. Service Date 05/04/2005. |

2:07-cv-02120-MPM-DGB   # 22-4   Page 3 of 8

|  |  | (Admin.) (Entered: 05/05/2005) |
|---|---|---|
| 05/13/2005 | 17 | Meeting of Creditors Held as Scheduled (Geekie, James) (Entered: 05/13/2005) |
| 05/27/2005 | 18 | Report Filed by Trustee James R Geekie. (Geekie, James) (Entered: 05/27/2005) |
| 06/10/2005 | 19 | First Amended Plan Filed by Debtor Lucy Jones (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren), 13 Objection to Confirmation of Plan Filed by Creditor United States of America (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren)). (Hoff, David)). (Farmer, Karren) (Entered: 06/10/2005) |
| 06/17/2005 |  | Hearing Held (RE: related document(s)2 Chapter 13 Plan filed by Debtor Lucy Jones) (court, sbre) (Entered: 06/17/2005) |
| 06/17/2005 | 21 | Hearing Set (RE: related document(s)19 Amended Plan, filed by Debtor Lucy Jones) Hearing to be held on 7/14/2005 at 09:00 AM 2nd Flr City Hall-Kankakee, IL for 19, (court, sbre) (Entered: 06/17/2005) |
| 06/19/2005 | 22 | BNC Certificate of Mailing - Hearing (RE: related document(s)21 Hearing (Bk Other) Set) No. of Notices: 6. Service Date 06/19/2005. (Admin.) (Entered: 06/20/2005) |
| 07/14/2005 | 23 | Second Amended Plan Filed by Debtor Lucy Jones (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren), 13 Objection to Confirmation of Plan Filed by Creditor United States of America (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren)). (Hoff, David), 19 First Amended Plan Filed by Debtor Lucy Jones (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren), 13 Objection to Confirmation of Plan Filed by Creditor United States of America (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Lucy Jones. (Farmer, Karren)). (Hoff, David)). (Farmer, Karren). (Farmer, Karren) (Entered: 07/14/2005) |
| 07/15/2005 |  | Hearing Held (RE: related document(s)19 Amended Plan, filed by Debtor Lucy Jones) (court, sbre) (Entered: 07/15/2005) |
| 07/15/2005 | 25 | DISREGARD THIS ENTRY-ENTERED IN THIS CASE IN ERROR; Hearing Set (RE: related document(s)19 Amended Plan, filed by Debtor Lucy Jones) Hearing to be held on 9/1/2005 at 09:00 AM 2nd Flr City Hall-Kankakee, IL for 19, (court, sbre) Modified on 7/15/2005 (court, sbre). (Entered: 07/15/2005) |
|  |  |  |

2:07-cv-02120-MPM-DGB   # 22-4   Page 4 of 8

| 07/15/2005 | 26 | Hearing Set (RE: related document(s)23 Amended Plan, , filed by Debtor Lucy Jones) Hearing to be held on 9/1/2005 at 09:00 AM 2nd Flr City Hall-Kankakee, IL for 23, (court, sbre) (Entered: 07/15/2005) |
| --- | --- | --- |
| 07/15/2005 | 27 | Court Notice Requesting Order ; Order of explanation to be filed by Rural Development; Order Due 7/29/2005. (court, sbre) (Entered: 07/15/2005) |
| 07/17/2005 | 28 | BNC Certificate of Mailing - Hearing (RE: related document(s)26 Hearing (Bk Other) Set) No. of Notices: 6. Service Date 07/17/2005. (Admin.) (Entered: 07/18/2005) |
| 07/17/2005 | 29 | BNC Certificate of Mailing (RE: related document(s)27 Order Request Notice) No. of Notices: 4. Service Date 07/17/2005. (Admin.) (Entered: 07/18/2005) |
| 07/21/2005 | 30 | Court Notice Requesting Order resolving objection to plan (RE: related document(s)2 Chapter 13 Plan filed by Debtor Lucy Jones) Order Due 8/4/2005. (court, lblo) (Entered: 07/21/2005) |
| 07/23/2005 | 31 | BNC Certificate of Mailing (RE: related document(s)30 Order Request Notice) No. of Notices: 2. Service Date 07/23/2005. (Admin.) (Entered: 07/24/2005) |
| 07/25/2005 | 32 | Order Re: Consent Order Resolving United States Objection to Chapter 13 Plan . (court, sbre) (Entered: 07/25/2005) |
| 07/27/2005 | 33 | BNC Certificate of Mailing - PDF Document (RE: related document (s)32 Order (Generic)) No. of Notices: 4. Service Date 07/27/2005. (Admin.) (Entered: 07/28/2005) |
| 09/01/2005 |  | Hearing Held (RE: related document(s)23 Amended Plan, , filed by Debtor Lucy Jones) (court, lblo) (Entered: 09/02/2005) |
| 09/02/2005 | 35 | Court Notice Requesting Order (RE: related document(s)23 Amended Plan, , filed by Debtor Lucy Jones) Order Due 9/16/2005. (court, lblo) (Entered: 09/02/2005) |
| 09/04/2005 | 36 | BNC Certificate of Mailing (RE: related document(s)35 Order Request Notice) No. of Notices: 3. Service Date 09/04/2005. (Admin.) (Entered: 09/05/2005) |
| 09/19/2005 | 37 | 7 Day Notice Order (RE: related document(s)2 Chapter 13 Plan filed by Debtor Lucy Jones). Required Document to be filed by 9/26/2005. (court, sbre) (Entered: 09/19/2005) |
| 09/19/2005 | 38 | Courts Certificate of Mailing (RE: related document(s)37 7 Day |

| | | Notice Order) (court, sbre)Copies to: US Trustee, Trustee, Karen Farmer and Lucy Jones (Entered: 09/19/2005) |
|---|---|---|
| 09/21/2005 | 39 | BNC Certificate of Mailing (RE: related document(s)37 7 Day Notice Order) No. of Notices: 4. Service Date 09/21/2005. (Admin.) (Entered: 09/22/2005) |
| 09/23/2005 | 40 | Objection to Claim Filed by Debtor Lucy Jones. (Attachments: # 1 Exhibit Proof of Payment)(Farmer, Karren) (Entered: 09/23/2005) |
| 09/23/2005 | 41 | Proof of Service Deficiency Notice (RE: related document(s)40 Objection to Claim filed by Debtor Lucy Jones) Service Deficiency Due 10/7/2005. (court, sbre) (Entered: 09/23/2005) |
| 09/25/2005 | 42 | BNC Certificate of Mailing (RE: related document(s)41 Proof of Service Deficiency Notice) No. of Notices: 3. Service Date 09/25/2005. (Admin.) (Entered: 09/26/2005) |
| 09/26/2005 | 43 | Certificate of Service Filed by Debtor Lucy Jones (RE: related document(s)40 Objection to Claim). (Farmer, Karren) (Entered: 09/26/2005) |
| 09/27/2005 | 44 | Objection to Claim Objection Date Notice (RE: related document(s) 40 Objection to Claim filed by Debtor Lucy Jones) Setting Objections Due Date for: 10/17/2005. (court, sbre) (Entered: 09/27/2005) |
| 09/27/2005 | 45 | Order Confirming Chapter 13 Plan (RE: related document(s)23 Amended Plan, , filed by Debtor Lucy Jones). (court, sbre) (Entered: 09/27/2005) |
| 09/29/2005 | 46 | BNC Certificate of Mailing (RE: related document(s)44 Claim Objection Notice) No. of Notices: 7. Service Date 09/29/2005. (Admin.) (Entered: 09/30/2005) |
| 09/29/2005 | 47 | BNC Certificate of Mailing - PDF Document (RE: related document (s)45 Order Confirming Chapter 13 Plan) No. of Notices: 6. Service Date 09/29/2005. (Admin.) (Entered: 09/30/2005) |
| 10/18/2005 | 48 | Court Notice Requesting Order (RE: related document(s)40 Objection to Claim filed by Debtor Lucy Jones) Order Due 11/1/2005. (court, sbre) (Entered: 10/18/2005) |
| 10/20/2005 | 49 | BNC Certificate of Mailing (RE: related document(s)48 Order Request Notice) No. of Notices: 2. Service Date 10/20/2005. (Admin.) (Entered: 10/21/2005) |
| 11/02/2005 | 50 | DISREGARD THIS ENTRY-ENTERED IN THIS CASE IN |

| | | ERROR; 7 Day Notice Order (RE: related document(s)40 Objection to Claim filed by Debtor Lucy Jones). Required Document to be filed by 11/9/2005. (court, sbre) Modified on 11/2/2005 (court, sbre). (Entered: 11/02/2005) |
|---|---|---|
| 11/02/2005 | 51 | 7 Day Notice Order (RE: related document(s)40 Objection to Claim filed by Debtor Lucy Jones). Required Document to be filed by 11/9/2005. (court, sbre) (Entered: 11/02/2005) |
| 11/02/2005 | 52 | Courts Certificate of Mailing (RE: related document(s)51 7 Day Notice Order) (court, sbre)Copies to: US Trustee, Trustee and Karen Farmer (Entered: 11/02/2005) |
| 11/04/2005 | 53 | BNC Certificate of Mailing (RE: related document(s)51 7 Day Notice Order) No. of Notices: 2. Service Date 11/04/2005. (Admin.) (Entered: 11/05/2005) |
| 11/07/2005 | 54 | Trustee's Request for Final Fees Filed by Trustee James R Geekie. (Geekie, James) (Entered: 11/07/2005) |
| 11/07/2005 | 55 | Notice re: Outstanding Fees Due. (court, sbre) (Entered: 11/07/2005) |
| 11/09/2005 | 56 | BNC Certificate of Mailing (RE: related document(s)55 Fees Due Notice) No. of Notices: 2. Service Date 11/09/2005. (Admin.) (Entered: 11/10/2005) |
| 11/15/2005 | 57 | Order Concerning Claims Regarding Claim(s): Claim #1 of Jefferson Capital Systems . (court, sbre) (Entered: 11/15/2005) |
| 11/17/2005 | 58 | BNC Certificate of Mailing - PDF Document (RE: related document (s)57 Order Concerning Claims) No. of Notices: 4. Service Date 11/17/2005. (Admin.) (Entered: 11/18/2005) |
| 01/31/2006 | 59 | Court Notice re Claim filed for Creditor (court, nbed) (Entered: 01/31/2006) |
| 02/02/2006 | 60 | BNC Certificate of Mailing (RE: related document(s)59 Claim Filed for Creditor Notice) No. of Notices: 3. Service Date 02/02/2006. (Admin.) (Entered: 02/03/2006) |
| 07/18/2006 | 61 | Motion for Relief from Stay (No Fee) , Motion to Abandon (No Fee) Filed by David H Hoff of U.S. Attorney's Office on behalf of United States of America (Attachments: # 1 Mortgage# 2 Account Summary) (Hoff, David) (Entered: 07/18/2006) |
| 07/18/2006 | 62 | Notice Scheduling Objections (RE: related document(s)61 Motion for Relief From Stay (No Fee), Motion to Abandon (No Fee) filed by |

| | | |
|---|---:|---|
| | | Creditor United States of America) Objections Due: 8/2/2006. (court, sbre) (Entered: 07/18/2006) |
| 07/20/2006 | 63 | BNC Certificate of Mailing (RE: related document(s)62 Notice Scheduling Objection Date) No. of Notices: 12. Service Date 07/20/2006. (Admin.) (Entered: 07/21/2006) |
| 08/03/2006 | 64 | Court Notice Requesting Order (RE: related document(s)61 Motion for Relief From Stay (No Fee), Motion to Abandon (No Fee) filed by Creditor United States of America) Order Due 8/17/2006. (court, sbre) (Entered: 08/03/2006) |
| 08/03/2006 | 65 | Objection to (related document(s): 61 Motion for Relief from Stay (No Fee) Motion to Abandon (No Fee) filed by Creditor United States of America) Filed by Karren S Farmer on behalf of Lucy Jones (Farmer, Karren) (Entered: 08/03/2006) |
| 08/03/2006 | 66 | Lift Stay Preliminary Hearing Notice and Order (RE: related document(s)61 Motion for Relief From Stay (No Fee), Motion to Abandon (No Fee) filed by Creditor United States of America). Hearing to be held on 9/14/2006 at 09:00 AM 2nd Flr City Hall-Kankakee, IL for 61, (court, sbre) (Entered: 08/03/2006) |
| 08/05/2006 | 67 | BNC Certificate of Mailing (RE: related document(s)66 Lift Stay Preliminary Hearing Notice and Order, ) No. of Notices: 5. Service Date 08/05/2006. (Admin.) (Entered: 08/05/2006) |
| 08/05/2006 | 68 | BNC Certificate of Mailing (RE: related document(s)64 Order Request Notice) No. of Notices: 2. Service Date 08/05/2006. (Admin.) (Entered: 08/05/2006) |
| 09/14/2006 | | Hearing Held (RE: related document(s)61 Motion for Relief From Stay (No Fee), Motion to Abandon (No Fee) filed by Creditor United States of America) Hearing held deadline set: 9/28/2006, agreed order. (court, lblo) (Entered: 09/15/2006) |
| 09/15/2006 | 70 | Order Granting Motion For Relief From Stay (No Fee) (Related Doc # 61), Granting Motion to Abandon (No Fee) (court, lblo) (Entered: 09/15/2006) |
| 09/17/2006 | 71 | BNC Certificate of Mailing - PDF Document (RE: related document (s)70 Order on Motion For Relief From Stay (No Fee), Order on Motion to Abandon (No Fee)) No. of Notices: 5. Service Date 09/17/2006. (Admin.) (Entered: 09/17/2006) |

2:07-cv-02120-MPM-DGB # 22-4 Page 8 of 8

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/12/2008 15:03:55 | | | |
| **PACER Login:** | du0601 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 05-90458 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

E-FILED
Friday, 13 June, 2008  03:10:58 PM
Clerk, U.S. District Court, ILCD

FmHA Instruction 1951-I
Exhibit A



### UNITED STATES DEPARTMENT OF AGRICULTURE
### FARMERS HOME ADMINISTRATION

#### Subsidy Repayment Agreement

Date of Note  3/5/82  Amount of Note  $35,300.  Date of mortgage  3/5/82

Date of Note _____ , Amount of Note _____   Date of mortgage _____

Type of assistance:

1. Interest credit /x /
2. Homeownership Assistance
   Program /___/

Address of Property:    RR #3, Box 309

Momence, IL  60954

BORROWER:    Frank P. Jones

CO-BORROWER:    Lucy Jones

1    This agreement entered into pursuant to 7 CFR 1951-I, between the United
States of America, acting through the Farmers Home Administration (FmHA)
(herein called "the Government") pursuant to section 521 of Title V of the
Housing Act of 1949 and the borrower(s) whose name(s) and address(es) appears
above (herein sometimes referred to as "borrower"), supplements the note(s)
from borrower to the Government as described above, and any promissory
note(s) for loans made to borrower in the future by the Government.
Such future notes, when executed, will be listed below the signature line
of this Subsidy Repayment Agreement.

2    I (we) agree to the conditions set forth in this agreement for the
repayment of the subsidy granted me (us) in the form of interest credits
or Homeownership Assistance Program (HOAP) subsidy (hereinafter called
"subsidy").

3    I (we) agree that the real property described in the mortgage(s)
listed above is pledged as security for repayment of the subsidy received
or to be received.  I (we) agree that the subsidy is due and payable upon
the transfer of title or non-occupancy of the property by me (us).  I
(we) understand that the real estate securing the loan(s) is the only
security for the subsidy received.  I (we) further understand that I (we)
will not be required to repay any of the subsidy from other than the value
(as determined by the Government) of the real estate, mortgaged by myself
(ourselves) in order to obtain a Section 502 Rural Housing (RH) loan.

(9-27-79)  SPECIAL PN

# Exhibit 4

FmHA Instruction 1951-I
Exhibit A
Page 2

4    I (we) understand that so long as I (we) continue to own the property
and occupy the dwelling as my (our) residence, I (we) may repay the principal
and interest owed on the loan and defer repaying the subsidy amount until
title to the property is conveyed or the dwelling is no longer occupied by
me (us).  If such a request is made, the amount of subsidy to be repaid
will be determined when the principal and interest balance is paid.  The
mortgage securing the FmHA RH loan(s) will not be released of record until
the total amount owed the Government has been repaid.

5    I (we) agree that Paragraph 6 of this agreement is null and
void should the property described in the mortgage(s) be voluntarily
conveyed to the Government or liquidated by foreclosure.

6    When the debt is satisfied by other than voluntary conveyance of the
property to the Government or by foreclosure, I (we) agree that sale
proceeds will be divided between the Government and me (us) in the
following order:

      (a)  Unpaid balance of loans secured by a prior mortgage as well as
      real estate taxes and assessments levied against the property which
      are due will be paid.

      (b)  Unpaid principal and interest owed on FmHA RH loans for the
      property and advances made by FmHA which were not subsidy and are
      still due and payable will be paid to the Government.

      (c)  I (we) will receive from the sale proceeds actual expenses
      incurred by me (us) necessary to sell the property.  These may include
      sales commissions or advertising cost, appraisal fees, legal and
      related costs such as deed preparation and transfer taxes.  Expenses
      incurred by me (us) in preparing the property for sale are not allowed
      unless authorized by the Government prior to incurring such expenses.
      Such expenses will be authorized only when FmHA determines such expenses
      are necessary to sell the property, or will likely result in a return
      greater than the expense being incurred.

      (d)  I (we) will receive the amount of principal paid off on the
      loan calculated at the promissory note interest rate.

      (e)  Any principal reduction attributed to subsidized interest
      calculations will be paid to the Government.

      (f)  I (we) will receive my original equity which is the difference
      between the market value of the security, as determined by the
      FmHA appraisal at the time the first loan subject to recapture of
      subsidy was made, and the amount of the FmHA loan(s) and any
      prior lien.  This amount is ____0____ and represents
      ____0____ percent of the market value of the security.  (The

FmHA Instruction 1951-I
Exhibit A
Page 3

percent is determined by dividing my (our) original equity by
the market value of the security when the loan was closed.)  The
dollar amounts and percent will be entered at the time this agreement
is signed by me (us) and will be part of this agreement.

(g)  The remaining balance, after the payments described in (a) thru (f)
above have been paid is called value appreciation.  The amount of
value appreciation to be paid to the Government, in repayment or
the subsidy granted, is the lesser of (1) the full amount of the subsidy
(2) an amount determined by multiplying the value appreciation by the
appropriate factor in the following table.

Average interest rate paid by me (us)

| No. of Months the Loan was Outstanding | 1% or Less | 1.1 to 2% | 2.1 to 3% | 3.1 to 4% | 4.1 to 5% | 5.1 to 6% | 6.1 to 7% | 7.1 or greater |
|---|---|---|---|---|---|---|---|---|
| 0 to 59 | .76 | .68 | .60 | .51 | .44 | .32 | .22 | .11 |
| 60 to 119 | .75 | .68 | .58 | .49 | .42 | .31 | .21 | .11 |
| 120 to 179 | .73 | .65 | .56 | .48 | .40 | .30 | .20 | .10 |
| 180 to 239 | .65 | .56 | .49 | .42 | .36 | .26 | .18 | .09 |
| 40 to 299 | .59 | .51 | .46 | .38 | .33 | .24 | .17 | .09 |
| 300 to 359 | .53 | .45 | .40 | .34 | .29 | .21 | .14 | .09 |
| 360 to 396 | .47 | .40 | .36 | .31 | .26 | .19 | .13 | .09 |

(h)  I (we) will receive the amount of value appreciation less the
amount paid the Government as determined in (g) above.  I (we) will
also receive an additional amount in proportion to my original equity
by reducing the amount of value appreciation due to the Government by
the percent of my (our) original equity as shown in (f) above.

(i)  If I (we) am the recipient of HOAP, the amount of value appreciation
to be recaptured will be calculated as if I (we) had paid 1 percent
interest on the loan unless the average interest rate paid by me (us)
was greater than 1 percent.  In such cases it will be determined based
on the average interest rate paid by me (us).

(j)  If this agreement is for a subsequent loan(s) only, the amount
of repayment determined in (g) above will be reduced by the following
percent:_____.  This percent will be determined by dividing the
amount of the loan(s) subject to recapture by the total outstanding
RH debt.  This percentage will be entered at the time I (we) sign this
agreement.

(k)  If this agreement is for more than one loan that is subject to
recapture, the subsidy repayment computations will be based on the total
subsidy granted on all loans.

(9-27-79)  SPECIAL PN

FmHA Instruction 1951-I
Exhibit A
Page 4


7    When a FmHA RH loan is repaid by other than foreclosure, voluntary
conveyance, or sale of property, the amount of subsidy to be repaid the
Government will be determined in the same manner as described in paragraph
6 of this Exhibit but based on the appraised value determined by FmHA
instead of sales price.  In such cases, the subsidy due the Government
will remain a lien on the property until paid.  It must be paid upon non
occupancy, sale, or transfer of title to the property.

8    I (we) have read and agree to the provisions of this agreement.


_____    Borrower
Frank P. Jones

_____    Co-Borrower
Lucy Jones

March 5, 1982
    Date signed


Accepted and Agreed to
By _____  (FmHA Official)

    _____  (Title)

    5-17-82
        Date


oOo