UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**USA**
        **Plaintiff,**

    vs.                                                          Case Number:    **07-2120**

**LUCY JONES et al.**
        **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered against the plaintiff.

ENTER this 19th day of June, 2008.

s/Pamela E. Robinson, Clerk
_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK