UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2120 |
| LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, COUNTY OF KANKAKEE, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU, | ) |
| Defendants. | ) |

NOTICE OF ENTRY OF DEFAULT ORDER

You, LUCY JONES, ESTATE OF FRANK PAUL JONES, WINDIE ROBINSON, FRANCESCA JONES, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF FRANK PAUL JONES, DECEASED, AND NON-RECORD CLAIMANTS, COUNTY OF KANKAKEE, SECURITY PACIFIC FINANCIAL SERVICES, INC., nka CITY FINANCIAL MORTGAGE and CREDITORS COLLECTION BUREAU, the above-named defendants, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 19th day of June 2008, United States District Judge Michael P. McCuskey entered an Order of Default against you.  The title of this lawsuit is United

States of America v. Lucy Jones, Estate of Frank Paul Jones, Windie Robinson, Francesca Jones, Unknown Owners, Including Unknown Heirs and Legatees of Frank Paul Jones, Deceased, and Non-Record Claimants, County of Kankakee, Security Pacific Financial Services, Inc., nka City Financial Mortgage and Creditors Collection Bureau. The Court No. is Civil No. 07-2120 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois. The date of entry of said Order of Default against you is: June 19, 2008. Notice of Right to Redeem: You may redeem the property within the time and in the manner provided by law. In this case, the United States has requested that time for redemption be shortened because (i) the value of the mortgaged real estate as of the date of the entry of the judgment was less than ninety percent (90%) of the amount specified pursuant to the Code of Civil Procedure, Chapter 11, Section 15-1603(d); and (ii) the mortgagee waives any and all rights to a personal judgment for a deficiency against the mortgagor and against all other persons liable for the indebtedness or other obligations secured by the mortgage.

    Respectfully submitted,

    RODGER A. HEATON
    United States Attorney

BY:   s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.: 217/373-5875
    Fax: 217/373-5891

david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones
12571 E. 2500 S. Road
Momence IL 60954

Francesca Jones
12571 E. 2500 S. Road
Momence, IL 60954

County of Kankakee
450 E. Court Street
Kankakee, IL 60901

Security Pacific Financial Services
nka City Financial Mortgage
250 E. John Carpenter Freeway ZHCASC-7D
Irving, TX 76051

Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914

s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Attorney for Plaintiff
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

4